IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-341-FDW-DCK

DUANE EVANS, JR., and SHANNON EVANS,

    Plaintiffs,

v.

BREG, INC., et al.,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 64) of Frederick H. Fern, for admission as counsel *pro hac vice* on behalf of Defendants McKinley Medical LLC, Moog Inc., and Curlin Medical, Inc., filed on July 29, 2010.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Fern is admitted to appear before this court *pro hac vice* on behalf of Defendants McKinley Medical LLC, Moog Inc., and Curlin Medical, Inc.

Signed: July 29, 2010

David C. Keesler
United States Magistrate Judge