IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-341-FDW-DCK

| | |
|---|---|
| DUANE EVANS, JR., and SHANNON EVANS,<br><br>    Plaintiffs,<br><br>v.<br><br>BREG, INC., et al.,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 81) of Rebecca Letourneaux, for admission as counsel *pro hac vice* on behalf of Defendant I-Flow Corporation, filed on August 6, 2010.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Letourneaux is admitted to appear before this court *pro hac vice* on behalf of Defendant I-Flow Corporation.

Signed: August 6, 2010

David C. Keesler
United States Magistrate Judge